UNITED STATES of America,
Plaintiff–Appellee,

v.

Angel LOPEZ–REBOEOREO,
Defendant–Appellant.

No. 06–14904
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 30, 2007.

Angela B. Wright, Tampa, FL, for Defendant–Appellant.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before ANDERSON, BIRCH and CARNES, Circuit Judges.

PER CURIAM:

Angela B. Wright, appointed counsel for Angel Lopez–Reboeoreo, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our

independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Lopez-Reboeoreo's convictions and sentences are **AFFIRMED**.